# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DEBRA STANISLAWSKI,**
        **Appellant,**

    v.                                  Case No. 14-CV-00186

**MICHAEL P. MAXWELL,**
        **Appellee.**

---

## DECISION AND ORDER

Appellant Debra Stanislawski appeals from a bankruptcy court order in an adversary proceeding brought against her by appellee Michael Maxwell. On May 20, 2014, the bankruptcy court judge denied appellant's motion for reconsideration and motion to present newly discovered evidence. As a result, the notice of appeal that appellee filed on January 22, 2014, while her motion for reconsideration was still pending, is now effective. *See* Fed. R. Bank. P. 8002(a). This means that appellant must immediately pay the appellate filing fee, which is $298.00, and she has 14 days from May 20, 2014 to "file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented." Fed. R. Bank. P. 8006. The time limits set forth in Fed. R. Bank. P. 8009(a) will also begin to run as of the date of this order.

**THEREFORE, IT IS ORDERED** that the stay in this case is **LIFTED**.

**IT IS FURTHER ORDERED** that appellant shall serve and file a brief in support of her appeal within 14 days of the date of this order. Appellee shall serve and file his response brief within 14 days after service of the brief of appellant, and appellant may serve and file a reply brief within 14 days after service of the brief of the appellee.

If appellant wishes to appeal from the order disposing of her motion for reconsideration and motion to present newly discovered evidence, she must file an amended notice of appeal. *See* Fed. R. Bank. P. 8001(a), 8002(b)(4).

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge